Commonwealth ex rel. Herge, Appellant, *v.* Martin.

Submitted September 24, 1956. Before STERN, C. J.,
JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Irvin C. Herge,* appellant, in propria persona.

*Perry L. Reeher,* District Attorney, and *Gilbert E.
Long,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, November 12, 1956:

The order of the court below is affirmed on the
opinion of President Judge BRAHAM reported in 6
D. & C. 2d at p. 589.